```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/12/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FROST & MILLER, LLP,

                Plaintiff,

-against-

HEAVEN'S WAY INVESTMENT TRUST, RAYSHAWN DELBRIDGE, AARON CAIN McKNIGHT, SUBGALLAGHER INVESTMENT TRUST, ANN FOX, FEMI OMOMO and HENDERSON & JONES LIMITED,

                Defendant.

21 Civ. 6648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, Frost & Miller, LLP, brings this action invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. Compl. ¶ 9, ECF No. 1. If Frost & Miller, LLP, is a limited liability partnership, as its name would imply, then the complaint must allege the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction.

    By **August 19, 2021**, Plaintiffs shall amend their pleading to allege the citizenship of each of the general and limited partners. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-53 (2d Cir. 2000); *Monitronics Funding LP v. Pinnacle Sec., LLC*, No. 12 Civ. 1992, 2012 WL 967623 at *1 (S.D.N.Y. Mar. 21, 2012) ("A limited liability partnership has the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction.").

    If Plaintiffs fail to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each general and limited partner of the limited liability partnership, then the complaint will be dismissed for lack of subject matter jurisdiction.

    SO ORDERED.

Dated: August 12, 2021
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge