```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/17/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FROST & MILLER, LLP,

                Plaintiff,

-against-

HEAVEN'S WAY INVESTMENT TRUST, RAYSHAWN DELBRIDGE, AARON CAIN McKNIGHT, SUBGALLAGHER INVESTMENT TRUST, ANN FOX, FEMI OMOMO and HENDERSON & JONES LIMITED,

                Defendants.

21 Civ. 6648 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff has moved for entry of a default judgment against Defendants Henderson & Jones Limited ("H&J"), ECF Nos. 21–23; SubGallagher Investment Trust, ECF Nos. 33–35; Aaron McKnight, ECF Nos. 52–55; and Heaven's Way Investment Trust, ECF No. 56–59. Plaintiff states that it does not intend to file for a default judgment against Defendants Ann Fox and Femi Omomo, "since their purported claims against Plaintiff were purchased by H&J," and "any judgment issued against H&J would be binding against those Defendants." ECF No. 60, at 2. The Court shall not resolve this case without entry of a judgment as to <u>all</u> defendants. Accordingly, by **March 1, 2022**, Plaintiff shall either move for a default judgment against Defendants Fox and Omomo in accordance with Attachment A of the Court's Individual Practices in Civil Cases, or else shall dismiss without prejudice those defendants from this action.

    As Plaintiff has consented to the designated magistrate judge presiding over its pending motions for default judgment against Defendants, ECF No. 61, Plaintiff's request for a conference to discuss these motions is DENIED. The Clerk of Court is directed to terminate the motion pending at ECF No. 60.

    SO ORDERED.

Dated: February 17, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge