UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   06/06/2022
```

FROST & MILLER, LLP,

        Plaintiff,

  -against-

HEAVEN'S WAY INVESTMENT TRUST, et al.,

        Defendants.

21-CV-6648 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's show cause hearing, it is hereby ORDERED that, **no later than June 13, 2022**, plaintiff may file a supplemental letter-brief, in accordance with Moses Ind. Prac. § 1, limited to the identification and discussion of any legal authorities, not previously cited, that support its theory of relief regarding the damages it seeks against defaulting defendants Heaven's Way Investment Trust, Aaron Cain McKnight, and SubGallagher Investment Trust.

Dated: New York, New York
      June 6, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**