**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
**FROST & MILLER, LLP,**                                   Docket No.
                                                          **21-cv-06648 (AT) (BCM)**

                              **Plaintiff,**

                     **-against-**

**HEAVEN'S WAY INVESTMENT TRUST, AARON CAIN**
**McKNIGHT and SUBGALLAGHER INVESTMENT**
**TRUST,**

                              **Defendants.**
-------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE OF
### REPORT AND RECCOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE BARBARA C. MOSES UPON
### <u>DEFENDANT AARON CAIN McKNIGHT</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NASSAU           )

Victoria Acevedo, being duly sworn, deposes and says:

1.      I am over the age of 18, a resident of the State of New York and a disinterested

party to the above-referenced action.  I am employed by Independent Process Service, Inc.

("Independent"), as an Office Manager since April of 2012.  Plaintiff, Frost & Miller, LLP, has

previously retained and used Independent to serve pleadings and legal documents in this case

including Plaintiff's application by Order to Show Cause for a Default Judgment ("OSC")

against Defendant Aaron Cain McKnight ("McKnight") and other Defendants.

2.      Plaintiff has now requested Independent to serve a true copy of the Report and

Recommendation of United States Magistrate Judge Barbara C. Moses dated and entered in the

office of the Clerk of this Court on January 20, 2023 (the "Report") in connection with Plaintiff's

OSC for a Default Judgment against Defendant McKnight and others. A copy of the Report is annexed hereto as Exhibit A.

3.    The Report provides that Plaintiff is to serve a copy of the Report on each of the defaulting Defendants in the same manner prescribed in the Plaintiff's OSC for a Default Judgment. The OSC directed that Defendant McKnight be served by electronic mail and by regular mail to his last known address.

4.    I have personal knowledge of the facts set forth in this affidavit as I am the individual that sent the email and caused the first-class mailing to be made of the Report upon McKnight.

5.    On January 24, 2023, I sent the Report by electronic mail to McKnight to his email address cain@thecgegroup.com. On that same day, January 24, 2023, I also mailed a copy of the Report to McKnight by first-class regular mail by depositing a true copy thereof in a post-paid wrapper in an official depository of the U.S. Postal within New York State addressed to McKnight to his last known address at 5909 Luther Lane, Apt. 2302. Dallas, TX 75225.

6.    Copies of proof of the first-class mailing and electronic mail of the Report upon McKnight are annexed hereto as Exhibits "B" and "C", respectively.

VICTORIA ACEVEDO

Sworn to before me this
25th day of January, 2023

Notary Public

SUSAN L EGLAND
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EG4904232
Qualified in Nassau County
Commission Expires August 31, 2021 2025