


062S0001443306
9898323
FROM 11530

US POSTAGE & FEES PAID
1 LB PRIORITY MAIL RATE
ZONE 6 NO SURCHARGE
ComBasPrice

stamps
endicia
01/24/2023

# PRIORITY MAIL 2-DAY™

INDEPENDENT PROCESS SERVICE INC
2545 HEMPSTEAD TPK. SUITE 301
EAST MEADOW NY 11554

**0004**

C027

**SHIP TO:** AARON CAIN MCKNIGHT
5909 LUTHER LN APT 2302
DALLAS TX 75225-5914

## USPS TRACKING #



9405 5112 0620 3546 4371 57



# Receipt

Print Date: Jan 25, 2023

**RETURN TO**

INDEPENDENT PROCESS SERVICE INC

2545 HEMPSTEAD TPK. SUITE 301

EAST MEADOW, NY 11554

**SHIP TO**

AARON CAIN MCKNIGHT

5909 LUTHER LN APT 2302

DALLAS, TX 75225 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 24, 2023 |
| Ship from ZIP: | 11554 |
| Weight: | 0 lbs. 5 oz. |
| User: | INDEPENDENTPS |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9405511206203546437157 |
| Carrier Acceptance Date: | Jan 24, 2023 |

| SERVICE | UNIT PRICE |
|---|---|
| Priority Mail ® Large Envelope/Flat | $8.41 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Electronic Service Fee | $0.00 |
| Subtotal | $8.41 |
| Label Quantity | 1 |
| Total Cost | $8.41 |



# Receipt

Print Date: Jan 25, 2023

**RETURN TO**

INDEPENDENT PROCESS SERVICE INC

2545 HEMPSTEAD TPK. SUITE 301

EAST MEADOW, NY 11554

**SHIP TO**

AARON CAIN MCKNIGHT

5909 LUTHER LN APT 2302

DALLAS, TX 75225 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 24, 2023 |
| Ship from ZIP: | 11554 |
| Weight: | 0 lbs. 5 oz. |
| User: | INDEPENDENTPS |
| Cost Code: | <None> |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040206203539946037 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Large Envelope/Flat | $2.22 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $2.22 |
| Label Quantity | 1 |
| Total Cost | $2.22 |

**1**

$2.22 US POSTAGE
5 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

062S0001443211
9898323
FROM 11530

stamps
endicia
01/24/2023

# USPS FIRST CLASS MAIL®

INDEPENDENT PROCESS SERVICE INC
2545 HEMPSTEAD TPK. SUITE 301
EAST MEADOW NY 11554

C027

**SHIP TO:** AARON CAIN MCKNIGHT
5909 LUTHER LN APT 2302
DALLAS TX 75225-5914