## Independent Process, Inc.

**From:** Independent Process, Inc.
**Sent:** Tuesday, January 24, 2023 2:35 PM
**To:** 'CAIN@THECGEGROUP.COM'
**Subject:** Frost & Miller, LLP v. Heaven's Way Investment Trust, Aaron Cain McKnight and SubGallagher Investment Trust, Docket No. 21cv06648 (AT)(BCM)
**Attachments:** REPORT AND RECOMMENDATION.pdf

Mr. McKnight,

Attached please find a true copy of the Report and Recommendation of United States Magistrate Judge Barbara C. Moses dated and entered in the office of the Clerk of this Court on January 20, 2023 (the "Report"), upon Heaven's Way Investment Trust and Aaron Cain McKnight issued in connection with Plaintiff's application made by the Order to Show Cause for a Default Judgment against Defendants Heaven's Way Investment Trust, Aaron Cain McKnight and SubGallagher.


*Victoria Acevedo*
**Senior Office Manager**
INDEPENDENT PROCESS SERVICE
2545 HEMPSTEAD TPK. SUITE 301
EAST MEADOW NY 11554
P: (516) 233-2180 Ext. 1
F: (516)280-5740