**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FROST & MILLER, LLP,

                   Plaintiff,                        21 **CIVIL** 6648 (AT)(BCM)

        -against-                              **JUDGMENT**

HEAVEN'S WAY INVESTMENT TRUST,
AARON CAIN McKNIGHT, and
SUBGALLAGHER INVESTMENT TRUST,

                   Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 31, 2024, the Court ADOPTS IN PART the R&R's conclusions. As to Defendants Heaven's Way and SubGallagher, the Court DENIES Plaintiff's motion for entry of a default judgment, VACATES the certificates of default, and DISMISSES Plaintiff's claims. As to Defendant McKnight, the Court GRANTS Plaintiff's motion. Judgment is hereby entered against McKnight in the amount of $1.00, plus costs of suit, which Plaintiff must document within 30 days after the entry of final judgment in accordance with Federal Rule of Civil Procedure 54(d)(1) and Local Civil Rule 54.1.

**Dated:** New York, New York
      November 01, 2024

                                    **DANIEL ORTIZ**
                            _____
                             **Acting Clerk of Court**

              **BY:**                                  
                                          **Deputy Clerk**